# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA ANN SANCHEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:17-cv-1728 - JLT<br><br>ORDER SETTING A BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR ATTORNEY FEES<br><br>(Doc. 16) |

On May 8, 2019, Plaintiff filed a motion for attorney fees and expenses pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412. (Doc. 16) Because the matter is not set for hearing, no filing deadlines were triggered for the Commissioner, and no response has been filed.

Accordingly, the Court **ORDERS**:

1. Any opposition to the motion, or a notice of non-opposition, **SHALL** be filed no later than **June 6, 2019**; and

2. Any brief in reply **SHALL** be filed no later than **June 13, 2019**.

IT IS SO ORDERED.

Dated:   **May 24, 2019**                  **/s/ Jennifer L. Thurston**
                                                              UNITED STATES MAGISTRATE JUDGE